1  Law Offices of Hadley & Fraulob
2  230 Fifth Street
   Marysville, CA  95901
3  (530) 743-4458

4  JOSEPH C. FRAULOB – State Bar #194355
   Attorney for Plaintiff

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | Christina Shawn Schmidt,                  | Civil Action No: 2:16-cv-00516-AC |

12 |          Plaintiff,                        | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

13 | v.                                         |

14 | Commissioner of Social Security,           |

15 |          Defendant.                        |

16

17         IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is

18 granted an extension of thirty days, through Friday, October 28, 2016, to file the Motion for

19 Summary Judgment.

20         IT IS HEREBY NOTED that this is plaintiff's second extension requested.

21 Dated:  0928/2016                         / s / Joseph C. Fraulob
22                                           Joseph C. Fraulob
                                             Attorney for Plaintiff
23

24 Dated:  09/28/2016                        / s / Sharon Lahey
                                             Sharon Lahey
25                                           Special Assistant U.S. Attorney
                                             Attorney for Defendant
26 IT IS ORDERED.

27 Date: September 29, 2016                  _____
                                             ALLISON CLAIRE
28                                           UNITED STATES MAGISTRATE JUDGE